UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-CV-30133

| | |
|---|---|
| LOREN ROSENBURG,             ) | |
|     Plaintiff                   ) | |
|                                ) | |
| vs.                              ) | |
|                                ) | |
| GOLUB CORPORATION, d/b/a   ) | |
| PRICE CHOPPER,               ) | |
|     Defendant                 ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the Defendant, Golub Corporation, d/b/a Price Chopper, and makes the following Corporate Disclosure Statement pursuant to Local Rule 7.3.

The Defendant, Golub Corporation d/b/a Price Chopper, hereby states that it is a non-governmental corporate party and no publicly held company owns 10% or more of stock. Golub Corporation may be considered a "parent corporation" to Price Chopper, within the meaning of Rule 7.3(a).

                                                THE DEFENDANT
                                                GOLUB CORPORATION, D/B/A
                                                PRICE CHOPPER

                                                By   */s/ John C. Sikorski*
                                                John C. Sikorski, Esq., of
                                                Robinson Donovan, P.C.
                                                1500 Main Street, Suite 1600
                                                Springfield, Massachusetts 01115
                                                Phone (413) 732-2301  Fax (413) 785-4658
                                                BBO No.:  461970

402616