UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOREN ROSENBURG,**<br><br>                    **Plaintiff,**<br><br>     **v.**<br><br>**GOLUB CORPORATION, d/b/a PRICE CHOPPER,**<br><br>                    **Defendant.** | **CIVIL ACTION NO.**<br>**05-CV-30133-KPN** |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the undersigned's appearance as counsel for Plaintiff Loren Rosenburg in the above-captioned case. Attorney Kevin M. Kinne will continue to act as lead attorney in this matter.

                              **LOREN ROSENBURG,**
                              Plaintiff,
                              By his attorneys,

                              CAIN HIBBARD MYERS & COOK, PC


                    By:     /s/ Courtney S. Lane
                              Courtney S. Lane (BBO #654972)
                              Cain Hibbard Myers & Cook, PC
                              66 West Street
                              Pittsfield, MA  01201
                              (413) 528-4771 (telephone)
                              (413) 528-5553 (facsimile)
Date:  July 28, 2005          clane@cainhibbard.com

## CERTIFICATE OF SERVICE

I, Courtney S. Lane, certify that a copy of the foregoing document has on this 28th day of July, 2005 been forwarded to Defendant by electronic mail to:

>**John C. Sikorski, Esquire**
>**Robinson Donovan PC**
>**Tower Square – Suite 1600**
>**1500 Main Street**
>**Springfield, MA  01115**
>**jsikorski@robinson-donovan.com**

                                                                 /s/ Courtney S. Lane
                                                                 Courtney S. Lane