UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-CV-30133

| | |
|---|---|
| **LOREN ROSENBURG,** ) | |
|     **Plaintiff** ) | |
| ) | |
| vs. ) | |
| ) | |
| **GOLUB CORPORATION, d/b/a** ) | |
| **PRICE CHOPPER,** ) | |
|     **Defendant** ) | |

## LOCAL RULE 16.1 JOINT STATEMENT CONTAINING PROPOSED PRE-TRIAL SCHEDULE PURSUANT TO NOTICE OF SCHEDULING CONFERENCE

In compliance with United District Court for the District of Massachusetts Local Rule 16.1(B), counsel for the plaintiff, Loren Rosenburg, and counsel for defendant, Golub Corporation, d/b/a Price Chopper, have conferred for the purpose of preparing an agenda of matters to be discussed at the Scheduling Conference; preparing a Proposed Pre-Trial Schedule, including a discovery plan; and considering the option of trying this case before a Magistrate Judge.

Pursuant to Local Rule 16.1(B)(3), the parties have discussed proceeding before a Magistrate Judge but have not as yet made a decision. Counsel will confer with their respective clients regarding trial before a Magistrate Judge and inform the Court at the Scheduling Conference regarding their decision on this issue. In addition, pursuant to Local Rule 16.1(C), the plaintiff served a written settlement proposal upon counsel for the defendant. Defendant's counsel has communicated the plaintiff's proposed settlement to his client and will be prepared to respond to the proposal at the Scheduling Conference.

## LOCAL RULE 16.1(D) PROPOSED PRE-TRIAL SCHEDULE

This action started with a Charge of Discrimination filed before the Massachusetts Commission Against Discrimination. This matter was subsequently removed from the MCAD and filed in the Berkshire Superior Court. Thereafter, at the request of defendant's counsel, this matter was removed to Federal Court. The parties exchanged some information in these prior proceedings and agree that the non-privileged information and documents obtained in said underlying cases before the Massachusetts Commission Against Discrimination and Berkshire Superior Court can be used, and have the same effect in this case as if said documents and information were produced in the course of this federal action.

**1. Discovery Plan - Local Rule 16.1(D)(1).**

The parties propose a discovery plan as follows:

a. The parties shall complete their automatic disclosures by September 1, 2005.

b. All written discovery shall be completed by December 30, 2005.

c. All non-expert deposition discovery shall be completed by February 28, 2006.

d. Upon the closure of non-expert discovery, the parties shall have until March 31, 2006 to review the information and documents produced during the course of non-expert discovery. The parties shall also confer regarding any discovery issues and the possibility of settlement or the narrowing of issues to be considered by the Court.

e. Plaintiff shall designate and disclose information regarding his trial experts as required by Fed. R. Civ. P. 26(a)(2) by May 1, 2006.

f. Defendant shall designate and disclose information regarding its trial experts as required by Fed. R. Civ. P. 26(a)(2) by June 1, 2006.

405607

g.  All expert depositions completed by August 29, 2006.

**2. Scheduling of Motions - Local Rule 16.1(D)(2).**

a.  The parties agree that any Motions pursuant to Rules 12, 15, 19 and 20 be filed and heard by October 1, 2005.

b.  The parties shall file all Motions under Fed. R. Civ. P. 56 or other dispositive motions, on or before April 28, 2006.

| | |
|---|---|
| **LOREN ROSENBURG**, Plaintiff,<br>By his attorneys, | **GOLUB CORPORATION, d/b/a**<br>**PRICE CHOPPER**, Defendant,<br>By its attorneys, |
| /s/ Courtney S. Lane<br>Kevin M. Kinne, Esq. (BBO# 559004)<br>Courtney S. Lane, Esq. (BBO# 654972)<br>CAIN, HIBBARD, MYERS & COOK, PC<br>66 West Street<br>Pittsfield, MA  01201<br>(413) 443-4771 (telephone)<br>(413) 528-5553 (facsimile)<br>kkinne@cainhibbard.com<br>clane@cainhibbard.com | /s/ John C. Sikorski<br>John C. Sikorski, Esq. (BBO# 461970)<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>(413) 732-2301 (telephone)<br>(413) 785-4658 (facsimile)<br>jsikorski@Robinson-Donovan.com |

405607