UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-CV-30133

| | |
|---|---|
| LOREN ROSENBURG,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| GOLUB CORPORATION, d/b/a<br>PRICE CHOPPER,<br>    Defendant | )<br>)<br>) |

## LOCAL RULE 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By  /s/ William J. Kenneally
William J. Kenneally, Sr. Vice President,
General Counsel, & Secretary
Price Chopper
501 Duanesburg Road
Schenectady, NY 12301
Phone (518) 355-5000

By  /s/ John C. Sikorski
John C. Sikorski, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 461970

405602