UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOREN ROSENBURG,<br><br>                 Plaintiff,<br><br>v.<br><br>GOLUB CORPORATION, d/b/a PRICE CHOPPER,<br><br>                 Defendant. | CIVIL ACTION NO.<br>05-CV-30133-MAP |

## LOCAL RULE 16.1 - CERTIFICATION

The undersigned herby certify that Plaintiff Loren Rosenburg and his counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

**LOREN ROSENBURG**, Plaintiff,
By his attorneys,

_____
Kevin M. Kinne (BBO# 559004)
Courtney S. Lane (BBO# 654972)
CAIN, HIBBARD, MYERS & COOK, PC
66 West Street
Pittsfield, MA  01201
(413) 443-4771 (telephone)
(413) 528-5553 (facsimile)
kkinne@cainhibbard.com
clane@cainhibbard.com

CONFIRMATION:

_____
Loren Rosenburg

Date: August 4, 2005