UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOREN ROSENBURG,              )
        Plaintiff    )
                      )
v.                            )    Civil Action No. 05-30133-MAP
                      )
                      )
                      )
GOLUB CORPORATION, d/b/a      )
PRICE CHOPPER,                )
        Defendant    )

SCHEDULING ORDER
August 11, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on this day:

1. The parties shall complete their automatic disclosures by September 1, 2005.

2. All written discovery shall be completed by December 30, 2005.

3. Non-expert depositions shall be completed by February 28, 2006.

4. Counsel shall appear for a case management conference on April 4, 2006, at 10:00 a.m. in Courtroom Three.

5. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by May 1, 2006.

6. Defendants shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 1, 2006.

    7.    All expert depositions shall be completed by June 30, 2006.

IT IS SO ORDERED.

DATED: August 11, 2005

                                              /s/ Kenneth P. Neiman  
                                            KENNETH P. NEIMAN  
                                            U.S. Magistrate Judge