UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOREN ROSENBURG,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**GOLUB CORPORATION, d/b/a PRICE CHOPPER,**<br><br>       **Defendant.** | **CIVIL ACTION NO.**<br>**05-CV-30133-MAP** |

## JOINT MOTION TO EXTEND NON-EXPERT DEPOSITION DISCOVERY DEADLINE

  Plaintiff Loren Rosenburg, and Defendant Golub Corporation, d/b/a Price Chopper, by and through their respective counsel, hereby respectfully request that this Court extend the deadline for non-expert deposition discovery to February 28, 2006. In support of its request, the parties state the following:

  1.  The current deadline for non-expert deposition discovery is January 28, 2006.

  2.  The parties are currently engaged in settlement discussions and have agreed to postpone the remaining depositions pending the outcome of those discussions.

  **WHEREFORE,** the parties respectfully request that the non-expert deposition discovery deadline be extended as set forth in this Motion.

Respectfully submitted,

**LOREN ROSENBURG,**
Plaintiff,

By his attorneys,

\_\_\_\_/s/ Courtney S. Lane_____
Kevin M. Kinne (BBO #559004)
Courtney S. Lane (BBO #654972)
Cain Hibbard Myers & Cook, PC
66 West Street
Pittsfield, MA  01201
(413) 443-4771 (telephone)
(413) 528-5553 (facsimile)
clane@cainhibbard.com
kkinne@cainhibbard.com


**GOLUB CORPORATION, d/b/a PRICE CHOPPER,** Defendant,
By its attorney,

\_\_\_\_/s/ John C. Sikorski_____
John C. Sikorski (BBO# 461970)
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts  01115
(413) 732-2301 (telephone)
(413) 785-4658 (facsimile)
jsikorski@Robinson-Donovan.com

Dated:  January 24, 2006