UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-CV-30133

| | |
|---|---|
| LOREN ROSENBURG,<br>　　Plaintiff<br><br>vs.<br><br>GOLUB CORPORATION, d/b/a<br>PRICE CHOPPER,<br>　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-entitled action hereby stipulate that all claims be dismissed with prejudice and without costs, waiving all rights of appeal.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| LOREN ROSENBURG | GOLUB CORPORATION, D/B/A |
|  | PRICE CHOPPER |
|  |  |
| By___*/s/ Courtney S. Lane*_____ | By___*/s/ John C. Sikorski*_____ |
| Courtney S. Lane, Esq., of | John C. Sikorski, Esq., of |
| Cain, Hibbard, Myers & Cook, PC | Robinson Donovan, P.C. |
| 66 West Street, | 1500 Main Street, Suite 1600 |
| Pittsfield, MA 01201 | Springfield, Massachusetts 01115 |
| Phone (413) 443-4771 Fax (413) 443-7694 | Phone (413) 732-2301  Fax (413) 785-4658 |
| BBO No.: 654972 | BBO No.:  461970 |
| clane@cainhibbard.com | jsikorski@robinson-donovan.com |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 28, 2006.

Subscribed under the penalties of perjury.

　　　　　　　　　　　　　　　　　　　　　*/s/ John C. Sikorski*_____
　　　　　　　　　　　　　　　　　　　　　John C. Sikorski

423332